**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  CHARLENE MARTINEZ,               )<br>                                                       )<br>             Plaintiff,                       )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>1.  DETT, INC. d/b/a MCDONALD'S,  )<br>     and                                         )<br>2.  MARTIN ALVAREZ, an individual, )<br>                                                       )<br>             Defendants.                   ) | CIV-17-677-W<br><br><br><br><br>**JURY TRIAL DEMANDED**<br>**ATTORNEY LIEN CLAIMED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Charlene Martinez, hereby stipulates that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 13th DAY OF NOVEMBER, 2017.**

                                                              s/ Lauren W. Johnston
                                                              **LEONARD & ASSOCIATES, P.L.L.C.**
                                                              **JANA B. LEONARD, OBA # 17844**
                                                              **LAUREN W. JOHNSTON, OBA #22341**
                                                              **SHANNON C. HAUPT, OBA #18922**
                                                              **8265 S. WALKER**
                                                              **OKLAHOMA CITY, OK 73139**
                                                              **(405) 239-3800 Telephone**
                                                              **(405) 239-3801 Facsimile**
                                                              leonardjb@leonardlaw.net
                                                              johnstonlw@leonardlaw.net
                                                              haupts@leonardlaw.net

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of November, 2017, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:
Electronic Mail Notice List:   The following are those who are currently on the list to receive e-mail notices for this case.
Jana Beth Leonard leonardjb@leonardlaw.net, dorfflert@leonardlaw.net
Lauren W Johnston johnstonlw@leonardlaw.net, dorfflert@leonardlaw.net
Shannon C Haupt haupts@leonardlaw.net, dorfflert@leonardlaw.net
(No manual recipients)
                                                              s/ Lauren W. Johnston